Martin E. Rosen (108998) mrosen@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

ORIGINAL
FILED
07 DEC 20 PM 12: 04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY CHANDLER, an individual,<br>Plaintiff,<br>vs.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a business entity of unknown form; and Does 1 through 25, inclusive,<br>Defendants. | CASE NO.: '07 CV 2389 BEN AJB<br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULE 40.2 |

TO THE COURT, AND TO THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Southern District Local Rule 40.2, the undersigned counsel of record for The Lincoln National Life Insurance Company certifies that:

The Lincoln National Life Insurance Company is a wholly-owned subsidiary of Lincoln National Corporation. No other publicly held company owns 10% or more of its stock.

Dated: December 19, 2007

BARGER & WOLEN LLP

By: [signature]
MARTIN E. ROSEN
RUSSELL H. BIRNER
Attorneys for Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# PROOF OF SERVICE

***(Jeffrey Chandler v. The Lincoln National Life Insurance Company, San Diego Superior Court Case No. 37-2007-00081729-CU-BC-CTL)***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **December 20, 2007**, I served the foregoing document(s) described as **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULE 40.2** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

Eugene P. Yale, Esq.
David W. Baumgarten, Esq.
YALE & BAUMGARTEN LLP
5030 Camino de la Siesta, Suite 308
San Diego, CA 92108
Telephone #: (619) 220-8790
Facsimile #: (619) 220-0369

[ X ] **BY MAIL**

[ X ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Los Angeles, California on

[ X ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **December 20, 2007**.

NAME: Sonia Martinez

(Signature)



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800