ORIGINAL

Martin E. Rosen (108998) mrosen@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
]INSURANCE COMPANY

FILED
2008 JAN 15 PM 1:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KWH DEPUTY

BY FAX

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY CHANDLER, an individual,<br>Plaintiff,<br>vs.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a business entity of unknown form; and Does 1 through 25, inclusive,<br>Defendants. | CASE NO.: 07-cv-2389-BEN (AJB)<br><br>DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COPMANY'S RESPONSE TO ORDER TO SHOW CAUSE RE TIMELINESS OF REMOVAL |

Defendant The Lincoln National Life Insurance Company ("Lincoln National") files this Response to the Court's Order to Show Cause re the timeliness of Lincoln National's removal of this action from state court.

Lincoln National removed this action to fderal court on December 20, 2007.

Lincoln National's removal was timely as its registered agent for service of process was, in fact, first served with the Summons and Complaint in this matter on November 21, 2007. A copy of the Notice of Service of Process received by Lincoln

National from Corporation Service Company ("CSC") is attached as Exhibit A.[1] As a result, Lincoln National was required to remove the action by no later than Friday, December 21, 2007, i.e, 30 days later. In fact, it removed the action one day earlier than required, on December 20, 2007.

However, even if Defendant had been served on November 20, 2007, as suggested by the Court, removal on December 20, 2007 would nonetheless have been timely, as November has only thirty days.

Dated: January 15, 2008

BARGER & WOLEN LLP

By: [signature]
MARTIN E. ROSEN
RUSSELL H. BIRNER
Attorneys for Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

[1] Lincoln National has no knowledge regarding the origins of the facsimile identifier located on the Summons that was attached as an exhibit to Lincoln National's Notice of Removal, and which apparently served as the impetus for Court's issuance of its Order to Show Cause. Lincoln National speculates that the summons was sent by facsimile to an attorney service ("Cal Express") which then served it upon CSC the following day.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# EXHIBIT A

CSC.

CORPORATION SERVICE COMPANY®

CZG / ALL
Transmittal Number: 5455289
Date Processed: 11/21/2007

# Notice of Service of Process

**Primary Contact:** Mr. Michael D. Wilkins
Lincoln National Life Insurance Corp.
1300 S. Clinton Street
Fort Wayne, IN 46802

**Copy of transmittal only provided to:** LORI YONKMAN
Ms. Debbie Bauermeister

| | |
|---|---|
| **Entity:** | The Lincoln National Life Insurance Company<br>Entity ID Number 0186956 |
| **Entity Served:** | The Lincoln National Life Insurance Company |
| **Title of Action:** | Jeffrey Chandler vs. The Lincoln National Life Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court:** | San Diego Superior Court, California |
| **Case Number:** | 37-2007-00081729-CU-BC-CTL |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 11/21/2007 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Plaintiff's Attorney:** | Eugene P. Yale<br>619-220-8790 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

## PROOF OF SERVICE

***(Jeffrey Chandler v. The Lincoln National Life Insurance Company, USDC, Southern District, Case No.07-CV-2389-BEN(AJB)***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **January 15, 2008**, I served the foregoing document(s) described as **DEFENDANT LINCOLN NATIONAL LIFE INSURANCE COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE RE TIMELINESS OF REMOVAL** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

Eugene P. Yale, Esq.
David W. Baumgarten, Esq.
YALE & BAUMGARTEN LLP
5030 Camino de la Siesta, Suite 308
San Diego, CA 92108
Telephone #: (619) 220-8790
Facsimile #: (619) 220-0369

[ X ] **BY MAIL**

[ X ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Los Angeles, California on

[ X ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **January 15, 2008**.

NAME: Sonia Martinez

(Signature)

i:\office\10564\001\07pleadings\proof of service.doc