Martin E. Rosen (108998) mrosen@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY CHANDLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a business entity of unknown form; and Does 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 07-cv-2389-BEN (AJB)<br><br>JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE<br><br>ENE Conference: February 8, 2008 |

Plaintiff Jeffrey Chandler ("Chandler") and Defendant The Lincoln National Life Insurance Company ("Lincoln National"), through their respective counsel of record, file the within stipulation to continue the Early Neutral Evaluation Conference currently scheduled for February 8, 2008.

WHEREAS, this matter concerns a dispute over the workings of an insurance policy purchased by Chandler from Lincoln National's predecessor, and with respect to that policy, the interaction between premiums paid, cost of insurance, investment return on portions of premiums paid, withdrawals, and like factors;

WHEREAS, this matter was removed to federal Court less than 40 days ago;

WHEREAS, on January 22, 2008, counsel for Lincoln National sent a letter to counsel for Chandler, explaining the premium and related history of Chandler's policy, together with hundreds of pages of supporting documentation;

WHEREAS, the documentation is in part technical, and Chandler's counsel needs additional time to review the same in preparation for a meaningful ENE;

WHEREAS, the individual likely to attend the ENE on behalf of Lincoln National works in the company's North Carolina offices, and thus would like the ENE to be sufficiently productive that she need only make one appearance;

WHEREAS, the individual likely to attend the ENE on behalf of Lincoln is unavailable to fly to California on February 8, 2008 due to other commitments;

WHEREAS, counsel to Chandler has significant preparation for an arbitration planned for the date of the ENE;

WHEREAS, the District Court Judge has issued an Order to Show Cause re jurisdictional issues to Lincoln Financial, but has not yet ruled on whether Lincoln Financial's removal to federal court was timely;

NOW THEREFORE, the parties stipulate as follows: Subject to the Magistrate Judge's approval, the ENE shall be continued for at least 30 days, to a date convenient to the Court and the parties.[1]

Dated: January 30, 2008

BARGER & WOLEN LLP

By: [signature]
MARTIN E. ROSEN
RUSSELL H. BIRNER
Attorneys for Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

---

[1] The parties or their counsel request that the continued ENE be set for one of the following dates: March 11, 12 and 17.

____________.



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Dated: January 30, 2008

YALE & BAUMGARTEN, LLP

By: ______________________

EUGENE YALE
DAVID BAUMGARTEN
Attorneys for Plaintiff JEFFREY CHANDLER

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# PROOF OF SERVICE

***(Jeffrey Chandler v. The Lincoln National Life Insurance Company, USDC, Southern District, Case No.07-CV-2389-BEN( AJB)***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **January 30, 2008**, I served the foregoing document(s) described as **JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

Eugene P. Yale, Esq.
David W. Baumgarten, Esq.
YALE & BAUMGARTEN LLP
5030 Camino de la Siesta, Suite 308
San Diego, CA 92108
Telephone #: (619) 220-8790
Facsimile #: (619) 220-0369

[ X ] **BY MAIL**

[ X ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Los Angeles, California on

[ X ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **January 30, 2008**.

NAME: Sonia Martinez ______________________
(Signature)



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800