Martin E. Rosen (108998) mrosen@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY CHANDLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a business entity of unknown form; and Does 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 07-cv-2389-BEN (AJB)<br><br>DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S **APPLICATION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE IF NEW ISSUES ARE CONSIDERED BY THE COURT** |

On January 11, 2008, this Court issued an Order to Show Cause ("OSC") to defendant The Lincoln National Life Insurance Company ("Lincoln National") regarding the timeliness of its removal of the action.

On January 15, 2008, Lincoln National filed a one-half page response to the OSC. In its response, Lincoln National addressed the timeliness of its removal, the only issue raised by the Court in its OSC.

On January 31, 2008, Plaintiff Jeffrey Chandler ("Chandler") sought leave to file a late "Reply to Defendant's Response to OSC re Timeliness of Removal," and filed his Reply concurrently. In his Reply, Chandler concedes that Lincoln National timely removed the action. However, in those same papers, Chandler also raises the issue of the sufficiency of the amount in controversy. Significantly:

- This issue was not previously mentioned by the Court in its OSC; and
- This is an issue which Lincoln National has never been given an opportunity to address.

Lincoln National respectfully requests that out of notions of due process and fair play, to the extent the Court wishes to entertain the never-before-raised issue of the amount in controversy, Lincoln National be afforded the opportunity to address the issue, either through a further response to the OSC, or in the form of an opposition to a motion for remand, if and when Chandler files the same with the Court.[1]

Dated: February 1, 2008

BARGER & WOLEN LLP

By: ______________________
MARTIN E. ROSEN
RUSSELL H. BIRNER
Attorneys for Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

---

[1] As implicitly acknowledged by Chandler (*see* Reply, 2:18-19), the proper means of his raising this issue for the first time would actually have been through a motion to remand.



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# PROOF OF SERVICE

***(Jeffrey Chandler v. The Lincoln National Life Insurance Company, USDC, Southern District, Case No.07-CV-2389-BEN( AJB)***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **February 1, 2008**, I served the foregoing document(s) described as **DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S APPLICATION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE IF NEW ISSUES ARE CONSIDERED BY THE COURT** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

Eugene P. Yale, Esq.
David W. Baumgarten, Esq.
YALE & BAUMGARTEN LLP
5030 Camino de la Siesta, Suite 308
San Diego, CA 92108
Telephone #: (619) 220-8790
Facsimile #: (619) 220-0369

[ X ] **BY MAIL**

[ X ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Los Angeles, California on

[ X ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **February 1, 2008**.

NAME: Sonia Martinez

(Signature)