cal______

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JEFFREY CHANDLER, an individual,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a business entity of unknown form,

Defendants.

Civil No. 07cv2389 BEN (AJB)

ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

The Court, having considered the parties' Joint Motion to Continue the Early Neutral Evaluation Conference, and good cause appearing, **ORDERS** as follows: The Early Neutral Evaluation Conference previously set for February 8, 2008 is continued to ***March 11, 2008, at 10:00 a.m.***

IT IS SO ORDERED.

DATED: February 4, 2008



Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court