# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHANDLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a business entity of unknown form; and Does 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 07-cv-2389-BEN (AJB)<br><br>ORDER:<br><br>(1) GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME; and<br><br>(2) GRANTING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING<br><br>[Doc. Nos. 11, 12] |

On January 11, 2008, this Court issued an Order to Show Cause ("OSC") regarding the timeliness of the removal of this action to the federal court. On January 15, 2008, Defendant Lincoln National Life Insurance Company filed a response to the OSC. Doc. No. 6. On January 31, 2008, Plaintiff Jeffrey Chandler filed an Ex Parte Motion for Leave with this Court, which the Court now construes as a Motion for

Extension of Time to File a Reply to the OSC. *See* Doc. No. 11. The Court is satisfied that Plaintiff has shown good cause for its failure to file a timely response. Accordingly, the Court GRANTS Plaintiff's Motion for an Extension of Time and accepts his late-filed Reply to the OSC. Plaintiff is cautioned, however, regarding his need to comply with court-issued deadlines in the future.

Additionally, on February 1, 2008, Defendant asked this Court for leave to file supplemental briefing on the issue of jurisdiction. Because Defendant addressed only the timeliness of its removal in its original reply, as was requested by the Court in its OSC, Defendant now asks for leave to file a response to Plaintiff's argument that the Court lacks jurisdiction because the amount in controversy does not exceed $75,000.

Having considered Defendant's request, and for good cause showing, the Court GRANTS Defendant's request. Defendant shall have until February 25, 2008 to file supplemental briefing addressing any and *all* potential issues related to the subject matter jurisdiction of this Court over this case. Plaintiff shall reply, if at all, on or before March 3, 2008.

Dated: February 11, 2008

By: _____
Roger T. Benitez
U.S. District Judge