cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY CHANDLER, an individual,<br><br>Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a business entity of unknown form,<br><br>Defendants. | ) | Civil No. 07cv2389 BEN (AJB)<br><br>**ORDER** ON DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S EX PARTE REQUEST FOR TELEPHONIC APPEARANCE OF DEFENDANT REPRESENTATIVE AT EARLY NEUTRAL EVALUATION CONFERENCE |

Defendant The Lincoln National Life Insurance Company ("Lincoln") has applied ex parte for permission for its representative to appear at the March 11, 2007 Early Neutral Evaluation Conference ("ENE") by telephone. Lincoln's request is based on the time and cost associated with its representative traveling to San Diego from Greensboro, North Carolina, as well as its belief that the ENE will be unproductive due to Plaintiff's failure to engage in any pre-ENE discussions of the merits of the case and his failure to file the required Settlement Brief.

Having considered the foregoing, and good cause appearing, the Court ORDERS that Lincoln's representative is permitted to attend the March 11, 2007 Early Neutral

Evaluation Conference via telephone. It will be the responsibility of Lincoln's counsel to contact Judge Battaglia's staff to arrange the telephonic appearance.

IT IS SO ORDERED.

DATED: March 7, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court