cal______

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY CHANDLER, an individual,<br><br>Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a business entity of unknown form,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 07cv2389 BEN (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On March 11, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Jeffrey Chandler and David Baumgarten, Esq. on behalf of plaintiff; Martin Rosen, Esq. and Stephanie Farabow, client representative on behalf of defendant.

Settlement was not reached at the conference. In order to advance the prospect of settlement, the defense is ordered to provide plaintiff with the estimated future premium costs for his policy through the year 2025. This will be provided by April 7, 2008. No later than April 22, 2008, plaintiff will provide a demand for settlement. The parties are encouraged at that point to discuss the matter in the hopes of

//

//

//

//

//

reaching an agreement. The Court will hold a telephonic Settlement Status Conference for ***April 22, 2008 at 9:00 a.m.*** Plaintiff's counsel will make arrangements for the conference call.

IT IS SO ORDERED.

DATED: March 12, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court